# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re:  PECORA, NICHOLAS J. and | § | Case No. 10-11961 |
| PECORA, NANCY M., | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that
RICHARD M. FOGEL_____, trustee of the above styled estate, has filed a Final Report and the
trustee and the trustee's professionals have filed final fee applications, which are summarized in
the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved
prior to the Final Report must file a written objection within 20 days from the mailing of this
notice, serve a copy of the objections upon the trustee, any party whose application is being
challenged and the United States Trustee.  A hearing on the fee applications and any objection to
the Final Report will be held at **10:30 a.m. on November 23, 2010 in Courtroom 642**, United
States Courthouse, 219 S. Dearborn Street, Chicago, IL  60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may
pay dividends pursuant to FRBP 3009 without further order of this Court.

Date:  October 21, 2010_____          By:  /s/  Richard M. Fogel_____
                                              Trustee

RICHARD F. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL  60654
312-276-1334

**UST Form 101-7-NFR (9/1/2009)**

{000 NTC A0236578.DOC}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: PECORA, NICHOLAS J.  §  Case No. 10-11961
       PECORA, NANCY M.  §
                          §
Debtor(s) _____ §  _____

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*  $ _____5,000.00

*and approved disbursements of*  $ _____0.00

*leaving a balance on hand of* [1]  $ _____5,000.00

**Balance on hand:**  $        5,000.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|----------------|-------------------------|--------------------------|------------------|
| N/A       |          |                |                         |                          |                  |

Total to be paid to secured creditors:  $ _____0.00
Remaining balance:  $ _____5,000.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|------------------|-----------------|--------------------------|------------------|
|                  |                 |                          |                  |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Trustee, Fees - RICHARD M. FOGEL | 1,250.00 | 0.00 | 1,250.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 1,250.00 |
| Remaining balance: | $ | 3,750.00 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | N/A | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,750.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 103,984.70 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|

UST Form 101-7-NFR (10/1/2010)

| 1 | American Infosource Lp As Agent for | 56,642.41 | 0.00 | 2,042.71 |
|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. | 24,511.95 | 0.00 | 883.97 |
| 3 | Capital One Bank (USA), N.A. | 184.59 | 0.00 | 6.66 |
| 4 | PYOD LLC , as assignee of Citibank, NA | 5,024.62 | 0.00 | 181.20 |
| 5 | PYOD LL as assignee of  Citibank, NA | 2,170.26 | 0.00 | 78.27 |
| 6 | Chase Bank USA,N.A | 141.82 | 0.00 | 5.11 |
| 7 | GE Money Bank | 2,796.28 | 0.00 | 100.84 |
| 8 | GE Money Bank | 1,077.90 | 0.00 | 38.87 |
| 9 | GE Money Bank | 69.11 | 0.00 | 2.49 |
| 10 | Fia Card Services, NA/Bank of America | 2,496.88 | 0.00 | 90.04 |
| 11 | Fia Card Services, NA/Bank of America | 8,868.88 | 0.00 | 319.84 |

Total to be paid for timely general unsecured claims: $      3,750.00

Remaining balance: $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| N/A | | | | |

Total to be paid for tardy general unsecured claims: $      0.00

Remaining balance: $      0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| N/A | | | | |

Total to be paid for subordinated claims: $ _____ 0.00

Remaining balance: $ _____ 0.00

Prepared By:  /s/RICHARD M. FOGEL _____

Trustee

RICHARD M. FOGEL
321 N. CLARK STREET
SUITE 800
CHICAGO, IL 60654
(312) 276-1334
rfogel@shawgussis.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dwilliams          Page 1 of 1          Date Rcvd: Oct 21, 2010
Case: 10-11961               Form ID: pdf006           Total Noticed: 24

The following entities were noticed by first class mail on Oct 23, 2010.
```
db/jdb        +Nicholas J. Pecora,    Nancy M. Pecora,    7647 West Armitage,    Elmwood Park, IL 60707-3619
aty           +Noelle Ansley,    Noelle Ansley, P.C.,    P.O. Box 1725,    Chicago, IL 60690-1725
tr            +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
               Chicago, IL 60654-4766
15284345     ++AMERICAN GENERAL,    P O BOX 3121,    EVANSVILLE IN 47731-3121
               (address filed with court: American General Financial Services,    P.O. Box 3212,
               Evansville, IN 47731)
15284344      Advocate Medical Group,    Illinois Collection Service,    P.O. Box 1010,
               Tinley Park, IL 60477-9110
15284346      Bank of America,    P.O. Box 15168,    Wilmington, DE 19850-5168
15284348     +Capital One,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
15856956      Capital One Bank (USA), N.A.,    by American Infosource Lp As Agent,    PO Box 248839,
               Oklahoma City, OK  73124-8839
15980523     +Chase Bank USA,N.A.,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
15284349     +Citi Cards,    Box 6414,    The Lakes, NV 88901-6414
15284350      Citibank,    Bankruptcy MS 730,    O Fallon, MO 63368-2240
15284352     +Citibank South Dakota, NA,    1 Court Square,    10th Floor,    Long Island City, NY 11120-0001
15284353     +Citicredit Centralized Bankruptcy,    P.O Box 20507,    Kansas City, MO 64195-0507
15284354     +Fifth Third Bank,    PO Box 829009,    Dallas,TX 75382-9009
15487360     +Gap Card Services - GE Money,    PO Box 103104,    Roswell, GA 30076-9104
15284355     +HSBC Retail Services,    PO Box 17264,    Baltimore, MD 21297-1264
15968242     +PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15487362     +Target Financial Services,    Mail Stop 3C-K,    PO Box 8475,    Minneapolis, MN 55408-0475
15284357     +US Bank Home Mortgage,    4801 Frederica Street,    Owensboro, KY 42301-7441
```

The following entities were noticed by electronic transmission on Oct 21, 2010.
```
15815092      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 22 2010 02:41:03
               American Infosource Lp As Agent for,    Citibank (South Dakota) N.A.,    PO Box 248840,
               Oklahoma City, OK  73124-8840
16193194      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 22 2010 02:41:03
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK  73124-8809
16096666      E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2010 02:46:16      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
15487361     +E-mail/PDF: cr-bankruptcy@kohls.com Oct 22 2010 02:41:10      Kohl's Credit,    Recovery Department,
               PO Box 3004,    Milwaukee, WI 53201-3004
15284356     +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2010 02:46:16      PayPal Buyer Credit,
               PO Box 981064,    El Paso, TX 79998-1064
                                                                                           TOTAL: 5
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Richard M Fogel,    Shaw Gussis Fishman Glantz Wolfson,    321 N Clark Street  Suite 800,
               Chicago, IL 60654-4766
15284347*     Bank of America,    P.O. Box 15168,    Wilmington, DE 19850-5168
15284351*     Citibank,    Bankruptcy MS 730,    O Fallon, MO 63368-2240
                                                                     TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2010**                    **Signature:**   *Joseph Speetjens*